IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AGUSTIN HIRALDO,<br><br>Plaintiff,<br><br>vs.<br><br>INTERNATIONAL WINE & SPIRITS, and NANCY PHILLIPS, individually,<br><br>Defendants. | Civil Action No.: 1:14-cv-04498-JBW-CLP |

### PLAINTIFF'S NOTICE OF STRIKING DOCKET ENTRY # 14

Plaintiffs, AGUSTINE HIRALDO (hereinafter referred to as "Plaintiff"), through undersigned counsel, hereby notifies the Clerk of Court that Docket Entry 14 should be stricken due to scrivener's error. Plaintiff requests that the clerk strike the earlier filed motion DE 14 as there was a confidentially clause in the Agreement.

Dated: December 16, 2014

Respectfully submitted,

/s/ Jodi J. Jaffe
Jodi J. Jaffe, Esquire
E-mail: JJaffe@JaffeGlenn.com
New York Bar No. JJ8034
**JAFFE GLENN LAW GROUP, P.A.**
Lawrence Office Park
168 Franklin Corner Road
Bldg. 2, Suite 220
Lawrenceville, NJ 08648
Telephone: (201) 687-9977
Facsimile: (201) 595-0308
*Attorney for Plaintiff*

*[Handwritten: F+D. Close the case. Entry 14 shall be sealed. So ordered. [signature] 12/19/14]*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 16, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

/s/Jodi J. Jaffe
Jodi J. Jaffe, Esquire

## SERVICE LIST

Andrew Hoffman, Esq.
Email: andrew.hoffman@hoffmannlegal.com
Hoffmann & Associates
450 Seventh Avenue, Suite 1400
New York, NY 10123
Telephone: (212) 679-0400
Facsimile: (212) 679-1080
Attorney for Defendants
*VIA CM/ECF*